```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| EMMANUEL DONKOR, : | CIVIL ACTION NO. 09-797 (MLC) |
| Plaintiff, : | **O R D E R** |
| v. : |  |
| ENRIQUE CABRERA, et al., : |  |
| Defendants. : |  |

**DEFENDANT** American Independent Insurance Company ("AIIC") moving to dismiss the Complaint insofar as asserted against it for lack of jurisdiction (dkt. entry no. 7); but the plaintiff stipulating to dismiss without prejudice the claim against AIIC (dkt. entry no 8); and for good cause appearing;

**IT IS THEREFORE** on this     11th    day of June, 2009, **ORDERED** that the Complaint insofar as asserted against defendant American Independent Insurance Company is **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court mark the action insofar as brought against defendant American Independent Insurance Company as **TERMINATED**; and

**IT IS FURTHER ORDERED** that defendant American Independent Insurance Company's motion to dismiss for lack of jurisdiction (dkt. entry no. 7) is **DENIED WITHOUT PREJUDICE AS MOOT**; and

**IT IS FURTHER NOTED** that any claims against defendant Enrique Cabrera remain viable.

```
                                    s/ Mary L. Cooper
                                  MARY L. COOPER
                                  United States District Judge
```